UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cr-80139-Rosenberg/Reinhart

8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. §§ 1326(a) and (b)(2)

UNITED STATES OF AMERICA

vs.

KEVIN AUGUSTINE OUTTEN,

Defendant.
_____/

FILED BY ____SP____ D.C.

Aug 2, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

### COUNTS 1-2
### Encouraging and Inducing Aliens to Enter the United States
### (8 U.S.C. § 1324(a)(1)(A)(iv))

On or about July 3, 2019, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**KEVIN AUGUSTINE OUTTEN,**

did knowingly encourage and induce an alien, as set forth in Counts 1 and 2 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|-------|-------|
| 1 | B.A. |
| 2 | J.L.J.L. |

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), and 1324(a)(1)(B)(ii).

## COUNT 3
### Illegal Entry of a Removed Alien
### (8 U.S.C. §§ 1326(a) and (b)(2))

On or about July 3, 2019, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**KEVIN AUGUSTINE OUTTEN,**

an alien, having previously been removed and deported from the United States on or about December 26, 2007, did enter and attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KEVIN AUGUSTINE OUTTEN**, has an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Information, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), the following property:

   (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

(b) any property, real or personal, that constitutes, or is derived from, or is traceable to the proceeds obtained, directly or indirectly, from the commission of such offense; and

(c) any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth in Title 21, United States Code, Section 853.

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 19-cr-80139-Rosenberg/Reinhart

v.

KEVIN AUGUSTINE OUTTEN,

**CERTIFICATE OF TRIAL ATTORNEY***

Defendant.

**Superseding Case Information:**

**Court Division:** (Select One)

- [ ] Miami
- [ ] Key West
- [ ] FTL
- [✓] WPB
- [ ] FTP

New Defendant(s) Number      Yes [ ]   No [ ]
of New Defendants Total
number of counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days       [✓]
   - II  6 to 10 days      [ ]
   - III 11 to 20 days     [ ]
   - IV  21 to 60 days     [ ]
   - V   61 days and over  [ ]

   (Check only one)
   - Petty    [ ]
   - Minor    [ ]
   - Misdem.  [ ]
   - Felony   [✓]

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: (Attach copy of dispositive order)  Case No.
   Has a complaint been filed in this matter? (Yes or No)  Yes
   If yes: Magistrate Case No.  19-8274-DLB
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of  07/30/2019
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes [ ]   No [✓]

8. Does this case originate from a matter pending in the Northern Region US Attorneys Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes [ ]   No [✓]

RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0150990

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO. 19-cr-80139-Rosenberg/Reinhart

Defendant's Name: **KEVIN AUGUSTINE OUTTEN**

| COUNT(s) | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1-2 | Alien Smuggling | 8:1324(a)(1)(A)(iv) | 5 years imprisonment<br>SR: 3 years<br>$250,000 fine<br>$100 special assessment |
| 3 | Illegal reentry after removal | 8:1326(a) and (b)(2) | 20 years imprisonment<br>SR: 3 years<br>$250,000 fine<br>$100 special assessment |

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-cr-80139-Rosenberg/Reinhart |
| KEVIN AUGUSTINE OUTTEN, | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Kristy Militello
_Printed name of defendant's attorney_

_____
_Judge's signature_

Dave Lee Brannon, U.S. Magistrate Judge
_Judge's printed name and title_