UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-80139-Damian

UNITED STATES OF AMERICA,

v.

KEVIN AUGUSTINE OUTTEN,

Defendant.
_______________________________/

REPORT & RECOMMENDATION

Defendant, Kevin Augustine Outten, appeared before the Court on July 20, 2026, represented by counsel, for a final hearing on Violation of Supervised Release. Defendant was originally charged with Encouraging and inducing aliens to enter the United States, in violation of Title 8 U.S.C. §1324(a)(1)(A)(iv) and Illegal entry of a removed alien, in violation of Title 8 U.S.C.§1326(a), (b)(2). Following this conviction, he was sentenced to thirty (30) months in prison and two (2) years of supervised release.

The Defendant began his term of supervised release on August 20, 2021. He presently stands charged with violating his supervised release by: (1) failing to satisfy the court-ordered Special Assessment Fee and (2) failing to report to the U.S. Probation Office as directed by the Court and Bureau of Prisons.

After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violations, 1, and 2, through counsel, stated his wish to proceed to sentencing.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1 and 2. The Court further RECOMMENDS that this matter be set down for sentencing as soon as possible.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Melissa Damian, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 23rd day of July 2026.

Bruce Reinhart

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE