**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80139-CR-DAMIAN**

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**KEVIN AUGUSTINE OUTTEN,**

      Defendant.

_____/

## JUDGMENT OF REVOCATION

THIS CAUSE came before the Court on the United States Probation Officer's Petition for Warrant or Summons for Offender Under Supervision [ECF No. 27] and upon the Magistrate Judge's Report and Recommendation, filed July 23, 2026 [ECF No. 39].

THE COURT held a Final Revocation hearing on the Petition on July 29, 2026. At the hearing, the Defendant was placed under oath and confirmed his admission to Violations 1 and 2 of the Petition. After hearing the arguments of counsel and the Defendant's admission, this Court finds that Defendant has violated the terms and conditions of supervised release. Accordingly, it is

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation **[ECF No. 39]** is **AFFIRMED AND ADOPTED**. It is further

**ORDERED AND ADJUDGED** that the term of supervised release previously imposed on Defendant is hereby **REVOKED**. It is further

**ORDERED** that Defendant, Kevin Augustine Outten, is committed to the custody of the Bureau of Prisons for a term of **Time Served** with no term of supervision to follow.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of July, 2026.

 

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**